# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00232-CV

## In re N.T.

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

Relator's Motion for Temporary Relief is also denied.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Kelly

Filed:   June 9, 2021